United States District Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANDREW J MITCHELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:26-cv-123 |
| | § | |
| MARC WHYTE, ESQ., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On April 23, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 7. Judge Edison filed a memorandum and recommendation on October 1, 2026, recommending that the defendants' motion to dismiss (Dkt. 25) be granted as to the plaintiff's federal RICO claims and that the court decline to exercise supplemental jurisdiction over the plaintiff's state law claims and dismiss them without prejudice. Dkt. 33.

On October 13, 2026, the plaintiff notified the court that he "does not object to the recommended disposition." Dkt. 34 at 1. Accordingly, the court reviews the memorandum and recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 33) is approved and adopted in its entirety as the holding of the court;

(2) The defendants' motion to dismiss (Dkt. 25) is granted as to the plaintiff's federal RICO claims, which the court dismisses with prejudice; and

(3) The court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and dismisses them without prejudice.

Signed on Galveston Island this 20th day of October, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE